## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**FOREST A. EUBANK**                                          **PLAINTIFF**

**v.**                                          **CAUSE NO. 1:11CV306-LG-RHW**

**CAMBRIDGE GALAHER SETTLEMENT**
**INSURANCE SERVICES, INC., and**
**JODI CARLISIMO**                                          **DEFENDANTS**

### JUDGMENT

The Court, after a full review and consideration of the record in this matter,

the pleadings on file, and the relevant legal authority, finds that in accord with the

Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this case is hereby **DISMISSED**

**WITHOUT PREJUDICE** for lack of jurisdiction.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2012.


s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE